IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**QUANTREY BRYANT** **PETITIONER**

**V.** **CAUSE NO. 3:18-CV-126-CWR-JCG**

**WARDEN** **RESPONDENT**

**ORDER**

Before the Court is Quantrey Bryant's objection to the Magistrate Judge's Report and Recommendation. *See* Docket No. 16. On review, the undersigned cannot agree that the BOP Hearing Officer violated Mr. Bryant's due process rights or displayed partiality. Even if Mr. Bryant had established such a violation, moreover, he has not shown that it caused him any prejudice, as required by *Boatswain v. Martinez*, 519 F. App'x 253, 253 (5th Cir. 2013), since he admitted to possessing the SIM cards.

The Report and Recommendation is therefore adopted as this Court's own Order, and this case is dismissed. A separate Final Judgment shall issue this day.

**SO ORDERED**, this the 13th day of June, 2019.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE